```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
```

GEORGE TAYLOR,

                Plaintiff,

  v.

H.S.U. MANAGER MASHACK,
H.S.U. MANAGER RANAY SCHULER, DR. SYED,
H.S.N.C. DOEHLING, NURSE TRISH ANDERSON,
NURSE DENISE VALARIUS, RN/AHSN A. HODGE,
L. ALSUM O'DONOVAN, and SGT. PAUL,

                Defendant.

ORDER

19-cv-299-jdp

Pro se plaintiff George Taylor, an inmate at Columbia Correctional Institution, alleges that defendant Columbia officials have inadequately treated his foot problems. He has asked for preliminary injunctive relief relating to his foot pain. Dkt. 6. In response, I said that he might be entitled to an injunction allowing him to order special shoes under a standing medical order. Dkt. 48. But I noted that defendants' brief suggested that he wouldn't be prohibited from doing so, even without an injunction. In response, defendants have submitted a declaration from Dale Paul, a property sergeant at Columbia. Dkt. 50. Paul states that he won't prevent Taylor from ordering special shoes under his medical order if the shoes otherwise comply with institutional security requirements such as shoe style and color. Dale's declaration moots Taylor's motion.

ORDER

IT IS ORDERED that plaintiff George Taylor's motion for preliminary injunctive relief, Dkt. 6, is DENIED as moot.

Entered September 23, 2019.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge