IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GEORGE TAYLOR,

    Plaintiff,

v.

                                        Case No. 19-cv-299-jdp

SALAM SYED, TRISHA ANDERSON, LORI DOEHLING, DENISE VALARIUS, DALE PAUL, H.S.U. MANAGER MASHACK, H.S.U. MANAGER RANAY SCHULER, A. HODGE, AND L. ALSUM O'DONOVAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 6/26/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |